JUDGE SCHEINDLIN 08 CV 7669

Michael J. Frevola
Christopher R. Nolan
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
CARSTEN REHDER SCHIFFSMAKLER UND REEDEREI GMBH & CO.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARSTEN REHDER SCHIFFSMAKLER UND
REEDEREI GMBH & CO.,

        Plaintiff,

-against-

BRIDGE SHIPPING INC., INDUSTRIAL MARITIME
CARRIERS (BAHAMAS), INC., IMC INVESTORS, INC.
f/k/a INDUSTRIAL MARITIME CARRIERS, INC. a/k/a
INDUSTRIAL MARITIME CARRIERS (USA), INC.,
INDUSTRIAL MARITIME CARRIERS, L.L.C.,
INDUSTRIAL MARITIME CARRIERS WORLDWIDE,
L.L.C., IMI INVESTORS, INC. f/k/a INTERMARINE,
INC., and INTERMARINE, L.L.C.,

        Defendants.

---

08 Civ. _____

**AFFIDAVIT IN SUPPORT OF ATTACHMENT**

STATE OF NEW YORK    )
                             ) ss:
COUNTY OF NEW YORK  )

    Michael J. Frevola, being duly sworn, deposes and says:

1. I am a member of the firm of Holland & Knight LLP, attorneys for plaintiff Carsten Rehder Schiffsmakler und Reederei GmbH & Co. ("Plaintiff"), and I am duly admitted to practice before the United States District Court for the Southern District of New York.

2. I am familiar with the facts and circumstances underlying this dispute and I am submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Defendants Bridge Shipping Inc., Industrial Maritime Carriers (Bahamas), Inc., IMC Investors, Inc. f/k/a Industrial Maritime Carriers, Inc. a/k/a Industrial Maritime Carriers (USA), Inc., Industrial Maritime Carriers, L.L.C., Industrial Maritime Carriers Worldwide, L.L.C., IMI Investors, Inc. f/k/a Intermarine, Inc., and Intermarine, L.L.C. (collectively "Defendants") are not listed in the telephone directory of the principal metropolitan areas in this district, nor are they listed in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. Our office contacted the Secretary of State for the State of New York and was advised that Defendants are not New York business entities, nor are they foreign business entities authorized to do business in New York.

5. To the best of my information and belief, Defendants cannot be found within this district or within the State of New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendants are liable to Plaintiff for the damages alleged in the Verified Complaint, which amounts, as best as can be presently determined, amount to a total of $960,643.69 (including estimated interest).

7.      Upon information and belief, Defendants have goods, chattels, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or other tangible or intangible property which belongs to them, is claimed by them, is being held for them or on their behalf, or which is being transferred for their benefit, within the jurisdiction and held in the name(s) of Bridge Shipping Inc., Industrial Maritime Carriers (Bahamas), Inc., IMC Investors, Inc., Industrial Maritime Carriers, Inc., Industrial Maritime Carriers (USA), Inc., Industrial Maritime Carriers, L.L.C., Industrial Maritime Carriers Worldwide, L.L.C., IMI Investors, Inc., Intermarine, Inc., and/or Intermarine, L.L.C. at one or more of the following financial institutions:

   Bank of America, N.A.

   Bank of China

   The Bank of New York

   Citibank, N.A.

   Deutsche Bank Trust Company Americas

   HSBC Bank USA, N.A.

   JPMorgan Chase Bank, N.A.

   UBS AG

   Wachovia Bank, N.A.

   Société Générale

   Standard Chartered Bank

   BNP Paribas

   Calyon Investment Bank

American Express Bank

Commerzbank

ABN Amro Bank

Bank Leumi USA

Banco Popular

Bank of Tokyo-Mitsubishi UFJ Ltd.

8. Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to $960,643.69.

**WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
Michael J. Frevola

Sworn to before me this
29th day of August, 2008

_____
Notary Public

# 5418509_v1

WALLIS BETH KARPF
Notary Public, State Of New York
No. 01KA6047092
Qualified In New York County
Commission Expires August 28, 20 12

4